**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Wilfrido R.M.C., | Civil No. 26-1601 (DWF/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General, United States Department of Justice*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; and Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on Petitioner Wilfrido R.M.C.'s petition for writ of habeas corpus (the "Petition"). (Doc. No. 1.) Based on the Court's review of the record in this case, **IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the Petition (Doc. No. [1]) by February 26, 2026, at 12:00 p.m. CT, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not issue in this case.

2. The answer should include:

    a. A reasoned memorandum of law and fact addressing each count of the Petition;

    b. Any supporting documentation that may be needed to establish the lawfulness of Petitioner's arrest and/or continued confinement; and

      c.      A good-faith argument as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Omar E.F.G. v. Bondi*, No. 26-cv-451, 2026 WL 184571 (D. Minn. Jan. 23, 2026), and *Victor S.M. v. Noem*, No. 26-cv-400, 2026 WL 161445 (D. Minn. Jan. 21, 2026).

3.      If Petitioner intends to file a reply to Respondents' answer, he must do so by February 27, 2026, at 12:00 p.m. CT.

4.      Respondents, or any other person, entity, or agency of the government, or anyone acting in concert with Respondents or the government, are **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of this action.

5.      If Petitioner has already been moved from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

Dated: February 24, 2026              s/Donovan W. Frank
                                                  DONOVAN W. FRANK
                                                  United States District Judge